**E-FILED on 6/5/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RAY BREEDLOVE, ) | No. C 11-2379 RMW (PR) |
| ) | |
| Petitioner, ) | ORDER DECLARING |
| ) | PETITIONER'S STATUS AS |
| v. ) | AN IN FORMA PAUPERIS |
| ) | PETITIONER MOOT |
| WARDEN RANDY GROUNDS, ) | |
| ) | |
| Respondent. ) | (Docket No. 10) |
| ) | |

On May 16, 2011, petitioner filed a petition for writ of habeas corpus and a prison trust fund statement. Petitioner had not filed an application to proceed in forma pauperis. On June 24, 2011, the court granted petitioner leave to proceed in forma pauperis without submission of the application. On June 27, 2011 and June 30, 2011, respectively, petitioner filed both a motion to proceed in forma pauperis, and paid the required filing fee. On October 25, 2011, petitioner's motion for leave to proceed in forma pauperis was denied based on the required filing fee having been paid. Petitioner has filed a motion for the court to review the record and clarify his in forma pauperis status.

Petitioner has paid the required filing fee, and therefore his status as an in forma pauperis petitioner is moot.

This order terminates docket number 10.

IT IS SO ORDERED.

DATED: 6/5/12

RONALD M. WHYTE
United States District Judge

Order Declaring IFP status moot.
G:\PRO-SE\SJ.Rmw\HC.11\Breedlove379ifpmoot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CALVIN RAY BREEDLOVE,

        Plaintiff,

  v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV11-02379 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Calvin Ray Breedlove D-23756
Correctional Training Facility
BW-111L
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 5, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk